FRANCIS V. ZIEBA, Appellant, *v.* PEPSI-COLA COMPANY, Respondent.

Submitted March 4, 1946; decided April 18, 1946.

*Sidney Paymer* for appellant.

*Joseph J. Brophy, William P. Cotter* and *Clarence B. Tippett* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.